JS - 6

**FILED**
JUN 15 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MIGUEL AVALOS VASQUEZ,  )<br>          Petitioner,  )<br>     v.  )<br>JOSEPH NORWOOD, WARDEN,  )<br>          Respondent.  ) | Case No.  CV 09-2002-SGL (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: June 12, 2009

_/s/ S. G. Larson_
Stephen G. Larson
United States District Judge